AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Robert Scott Palmer<br><br>_____<br>*Defendant* | )<br>)  Case: 1:21-mj-00301<br>)  Assigned To : Harvey, G. Michael<br>)  Assign. Date : 3/12/2021<br>)  Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Robert Scott Palmer,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) and (b) (Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon);
18 U.S.C. § 231(a)(3) and 2 - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. §§ 1752(a)(1), (2) and (4) and (b)(1)(A) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority.

Date: 03/12/2021

*Issuing officer's signature*
Digitally signed by G. Michael Harvey
Date: 2021.03.12 14:14:17 -05'00'

City and state:   Washington, D.C.    G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/12/2021, and the person was arrested on *(date)* 3/17/2021
at *(city and state)* Tampa, Florida.

Date: 3/17/2021

*Arresting officer's signature*

TERRY L. RAHL, SPECIAL AGENT
*Printed name and title*