UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 21 MJ 301 (ZMF) |
| v. | : | |
| ROBERT SCOTT PALMER | : | |
| Defendant. | | |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

The undersigned respectfully moves the court to grant Bjorn Brunvand, Esquire permission to appear *pro hac vice* in the above captioned case. Mr. Brunvand is a long standing member of the Bar of the State of Florida, is personally known to me, and enjoys a professional reputation for honesty, forthrightness, and diligence as counsel. I recommend him for admission *pro hac vice* without reservation.

Attached to this Motion are the required supporting documents, including a Declaration from Attorney Brunvand, a Certificate of Good Standing, and a Proposed Order. The filing fee for this *pro hac vice* application will be paid by undersigned at the time of filing this Motion.

Respectfully submitted

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W/
#190-915
Washington, D.C.  20004
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing Motion was filed with the Court and a copy served via ECF upon Robert Juman, U.S. Attorney's Office for the District of Columbia, 555 4th Street, N.W. Washington, D.C. this 19th day of March, 2021.

*Robert Feitel*

_____
Robert Feitel