UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | Cr. 21-MJ-401 (ZMF) |
| v. | : | |
| ROBERT SCOTT PALMER | : | |
| Defendant. | | |

### ORDER

Upon consideration of the Motion for Bjorn Brunvand, Esquire to appear *Pro Hac Vice* in the above captioned case, and the entire record herein, it is, this _____ day of March, 2021,

ORDERED, that the Motion is granted.

_____
ZIA M. FARUQUI
Magistrate Judge