UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | Cr. 21 MJ 301 (ZMF) |
| v. | : | |
| ROBERT SCOTT PALMER | : | |
| Defendant. | : | |

## DECLARATION

I, Bjorn Brunvand, hereby declare as follows:

1. My full name is Bjorn Brunvand. My office address is 615 Turner Street, Clearwater, Florida 33756.

2. My cellular telephone number is 727-410-9968. My office phone number is 727-446-7505.

3. I was admitted to the Bar of the State of Florida on November 21, 1989.

4. I have never been subject to discipline by the Bar of any state.

5. This is my first request for admission *pro hac vice* to the Bar of the District of Columbia.

6. I do not engage in the practice of law from the District of Columbia nor do I have an office in this district.

I hereby declare that the foregoing is true and correct.

Dated: 3/18/2021

Bjorn Brunvand