Use Tab key to move from field to field on this form.

NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

      vs.                    Criminal Number  1:21-MJ-00301

Robert Scott Palmer
_____
        (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

*Bjorn Brunvand*
_____
        (Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Bjorn E. Brunvand - Florida Bar No.: 0831077
_____
      (Attorney & Bar ID Number)

Brunvand Wise, P.A.
_____
      (Firm Name)

615 Turner Street
_____
      (Street Address)

| Clearwater | Florida | 33756 |
|---|---|---|
| (City) | (State) | (Zip) |

727-446-7505
_____
      (Telephone Number)