UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :

v.                                                    :        Case No. 21-cr-328-TSC

ROBERT SCOTT PALMER                    :

## AMENDED NOTICE OF APPEARANCE

Undersigned counsel, on behalf of the Defendant, ROBERT SCOTT PALMER, files his notice of appearance as counsel of record.

Undersigned counsel initially filed notice of appearance pursuant to the Pro Hac Vice provisions and is now filing an amended notice of appearance as a member of the Federal Bar of the District of Columbia District Court.

The Clerk of the Court and all parties of record are hereby notified that I appear for the Defendant indicated in the entitled action. Undersigned counsel requests that all notices, documents, pleadings, forms, motions and all other matters pertaining to this case be sent to the email addressed set forth below.

Respectfully Submitted,

*s/ Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
BRUNVAND WISE, PA
Counsel for the Defendant
District of Columbia # FL0095

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 2, 2021, I electronically filed the following with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

*s/ Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
BRUNVAND WISE, PA.
Counsel for the Defendant
615 Turner Street
Clearwater, Florida 33756
Telephone No.: (727)446-7505
Facsimile No.: (727)446-8147
Email: bjorn@acquitter.com
Florida Bar No. 831077
District of Columbia # FL0095