11-12-21

Dear Judge Chutkan,

My name is Robert Palmer and I appeared before you on the 4th of October. I am one of the Capitol Riot people. A lot if not most of the defendants I have been incarcerated with would object to me saying that we were rioting. To be quite honest your honor if asked about it when it first happened in January I would have been able to be counted in that group. I have over the course of close to a year come to a different conclusion. Since then I realize that we meaning Trump supporters were lied to by those that at the time had great power meaning the then sitting President, as well as those acting on his behalf. They kept spitting out the false narrative about a stolen election and how it was "our duty" to stand up to tyranny. Little did I realize that they were the tyrannical ones desperate to hold on to power at any cost, even by creating the chaos they knew would happen with such retoric. For listening to them your honor let me offer please and I can only hope and pray it is accepted by this honorable court my most sincere and deepest apologies. I believe the apologies should go in this order. First to the brave men and women of the DC police force Capitol police force and the national guard and any other law enforcement agency who stood protecting the Capitol from the angry mob, and no one should question that it indeed was

a mob. Officers were hurt and some have paid a very high price. They are the real heroes of the day. The emotional as well as physical scars that some will carry for the remainder of their lives is a great tragedy and I wish with every fiber of my being that I could change it but I am powerless to. Second I want to apologize to the lawmakers who were carrying out their constitutionally bound duties to certify what now turns out to be the legitimate will of the American people. That is one of the greatest and proudest traditions of our country is the peaceful transition of power and I am truly ashamed that I was part of a group that tried to circumvent that transition. Next I want to apologize to my family. My daughter Shannon who you will have the opportunity to hear from will be able to testify that only a week or so before the election her and her brother Bob Jr. were sitting on my sofa back home in Florida and she was talking about how scared she was that the then sitting president at the time would be re-elected. I told her all she could do was to vote her choice and leave the rest in God's hands, and despite what will happen we are still the U.S.A. the greatest country in the world and we needed to support whoever was in office. Judge Chutkan, in the 33 years my daughter has been alive I have done my best to be someone she could be proud of. My actions after the election are so far removed from

that I am haunted by that night and day. How could I tell my baby girl (and yes she is still my baby) one thing and then do the exact opposite? It sobbers me to my core. I also want to say I'm sorry to Shannons twin sister Kate who could not be here today because she is a married woman and is back in Florida working and taking care of her family. She has been affected by this as well knowing as Shannon does that I went against all the things I taught her. I also want to say to my oldest son BJ Jr who is a wonderful man who I am extremely proud of. He is the kind of man that if he were not my son I would be fortunate to have as a friend. The Lord has blessed me to have him as both. And then your honor my youngest son Nickolas who is graduating with honors from the University of Florida this year. In case your honor does not know U.F. is a very hard school to get into and it is only because of his outstanding work in high school did he get in. Now your honor his father is in all likelyhood going to miss his graduation. Your honor I feel such deep remorse for this so much so it is hard for me to even say. And lastly your honor I want to apologize to you. I can not even imagine the weight on your shoulders as you have to weigh what is a just outcome not only in my case but in all the other cases that come before you. I pray that when it is all weighed together you will see that this was a one time event in my life which will never be repeated and that I am worthy of that consideration. In closing your honor I would like to leave you with some good that has come from this I have been able to

to find out what the important things in life really are. It is not the things I was pursuing prior to this time. Now that most of my possessions have had to been sold off in order to pay the financial costs associated with this ob. I am left with are the people in my life the Lord has meant to be there. People like Jodi Fleehr who has come to D.C. to support me and has shown me unconditional love. Also my attorney Bjorn Brunvand who has enabled me to thru this emotional time. He has even been so kind as to meet with me on Sundays and has even had me to his home. There are some your honor who have turned their backs on me but I have discovered they were not supposed to be in my life anyway. In closing your honor I am not sure if you remember what you told me during our hearing on October 4th. You said you did not know me but you were going to in the 10 weeks or so before our next meeting. I hope I was able to let you know a tiny bit more about who Robert Palmer is. He is much more than a Capitol defendant. He is someone who is remorseful for his actions who loves and is loved by his family, who loves the USA and truly wishes he could take back his actions on that horrible cold gray day in January. Thank you your honor.

Sincerely,
Robert S Palmer