Exhibit C

Letters from:

1. Majella Asforis;
2. Michael Batenburg;
3. Jacques Cowart;
4. Art Dykstra;
5. Sharon Epperson;
6. Paul Etheridge;
7. Jodi Fletcher;
8. Kelly Foster;
9. Robert Thomas Goetz, III;
10. Pat Hallsell;
11. Magret Christine Hula;
12. Shelli Hula;
13. Denise Nystrom;
14. Shannon Palmer;
15. John Smitten;
16. Gary Stevens;
17. Sherry Ward; and
18. Sherree Watkins

Majella T Asforis

8129 Perth Dr.

Largo FL.  33773

#727-564-4246

September 17, 2021


Re: United States v. Robert Palmer


To Whom It May Concern:

My name is Majella Asforis,  I have had the pleasure of being Robert Palmer's neighbor and friend for over five years now. I have been a Banker for over twenty years. For the last thirteen years I currently work at our local Credit Union as well as having the honor of taking care of my eighty-three year old mother.

On countless occasions my mother and I would count on Robert for his genuine generosity and concern for our safety. He has been very hands on during Florida's well known hurricane season. From offering and getting my elderly mother hurricane supplies to climbing on my roof and putting on a tarp when water was pouring into my mother's bedroom. You could only imagine the relief and comfort it brought me to know Robert was there during hurricane Irma in 2017. As one of the managers at my Credit Union I was unable to leave and had to take care of my staff as well as our customers. My mother called me at work frantically upset, by the time I got home Robert had climbed on the roof and covered it with a tarp, that he would not let me pay him for. What a relief to drive to my home and see that tarp on my roof, I did not even have the opportunity to ask him.  During that time I was overwhelmed and scared. I had never had damage from a hurricane before and I did not know where to even begin. Robert walked me through it without me even asking for help. My insurance company was not cooperating with me. Robert introduced me to a private adjuster and the rest is history.  That's the type of person he is, always willing to help without me even asking. In the beginning of this Pandemic, we now call COVID – 19, Robert was once again very genuinely concerned of the well being of my mother and I. Before leaving for the grocery store, he would always walk over and ask my mother if she needed or wanted anything. That is the type neighbor and friend Robert Palmer has been to me. His devotion to my mother, his kindness, support and friendship will be tremendously missed.  Robert has a good heart and is a good person.


Majella T Asforis

**Subject:** Character letter

**Date:**   Sunday, October 3, 2021 at 10:44:46 AM Eastern Daylight Time

**From:**   Michael Batenburg

**To:**   Bjorn Brunvand

I am writing this letter on behalf of Robert Palmer who I met initially as a service provider to refurbish my floors. I have since gotten to know Robert as more than just a vendor and have provided christian mentor ship to him. I was shocked when I first heard of his involvement in the incident that took place in DC and truly believe that he like many others got caught up in the media and emotional hype generated during times of political dissension. Obviously this doesn't excuse his behavior but I have to say I was very thankful when he did contact me after this fact to let me know what he had done and that he was remorseful and was turning himself in ready to face the consequences.

This letter is not meant to down play the significance of what Robert has done but to speak on his behalf highlighting the fact that I believe he is a good man with a good heart willing to do the right thing and that he deserves the utmost consideration when determining his ultimate faith in answering for the acts he has committed.

Thank you for your time and consideration.

--
Honored to serve together in Christ,

Chaplain Michael Batenburg
**Founder, Back2Basics Outdoor Christian Adventures**
**https://back2basicsretreat.com/ | Michaelb2bc@gmail.com | 813-760-2393**
**John 13:34**

8 September 2021

Jacques E. Cowart

c/o Agriniou 5

Larnaca, Cyprus 6046

Re: The People vs Robert Palmer

To whom might be Concerned;

My name is Jacques Cowart. I currently volunteer on the island of Cyprus in the evangelical church in Larnaca, working with those displaced in Cyprus who are either refugees, or asylum seekers. I am among the people who have appreciated "grace", and being given a second chance as in 1990 – 1992 I committed, and was convicted of both a misdemeanor, and a third degree felony offense. After satisfactorily completing fines, restitution, community service, and probation, I have had no further offenses, and almost 30 years later, I am hopefully (prayerfully) a different man.

Almost 10 years ago I met Robert Palmer as we attended the same church in Clearwater, FL. We participated in the same men's Bible studies and discipleship groups; and Robert served as an usher for our church. All the guys in our circle knew Robert as a man who had his opinions, was willing to speak his mind, yet – in his own way – was humble and eager to learn. It was also during this time that I worked with Robert in his floor care business. I smile to myself as I recall that during those months of working together I found the above character traits about Robert were true.

Earlier this year, while in Cyprus, I received a call from Robert asking if I'd pray for him. He described his involvement in the offense against the capitol, and that he was being investigated by the FBI. To be honest, I was stunned. I called some of the guys in our church to ask if they were aware of what Robert had told me; no one was. I then searched online, and found articles and videos that seemed to confirm Robert's involvement.

Over the past 3 years of volunteering assistance to refugees and asylum seekers in Cyprus, I've come to realize that I may not hear, and may never know "their whole true story". I may never hear or know: how or why they left their home country and came to Cyprus, the circumstances in their family, or the social or religious conditions in their country or government that made them decide it would be better for them to flee. Neither may I ever really know the mindset, or the system the Cypriot government uses to process these people, or why it's taken so long to process the refugees or asylum seekers that have been displaced on the island. But from my life experiences, and from my time in Cyprus, what I do realize and appreciate is there *are* people who make mistakes, but mean well, who desire to have a

productive role in society, and who will not abuse grace, leniency, or a second chance if it is extended to them. I submit this letter because I believe Robert Palmer is such a person.

This letter is being written voluntarily, and without coercion.

Cordially,

Jacques Cowart (A man born in the United States, who – some 3 decades ago – also violated the good laws of the United States government.)

Art Dykstra
138800 Feather Sound Dr.
Clearwater, Fl 33762

Sep 21, 2021

Re:     United States v. Robert Palmer

To Whom It May Concern::

My name is Art Dykstra. I am the lead Pastor of Feather Sound Community Church in Clearwater, FL.  I have known Robert for about 6 years casually and a bit more intimately in the last 6 months as he began to attend our church.  As Mr. Palmer began to go through his present difficulties, he came to me for spiritual counsel. Through those meetings, I have known Robert to be sincere and transparent.  In addition, I have known people that Robert has served in his business and he has a great reputation with those clients.

Sincerely

Art Dykstra

From: Paul Etheridge
Date: September 25, 2021 at 2:05:07 PM EDT
To: robert@sonbrightsystems.com

Subject: Re: Character Letter Guide

My name is Paul Etheridge. I own Surface Experts, a floor cleaning company similar to Robert Palmer. I have lived in the Pinellas County area for 22 years and have been in business for 20 years. am an active participant in my community through networking with other business owners, sharing thoughts and viewpoints on several social media platforms including Facebook.
I first met Robert Palmer approx 20 years ago as he gave me my first opportunity into the floor cleaning business by connecting me with some of his connections. Over the years, Robert and I have developed a good personal/professional relationship. We have communicated often regarding personal and professional issues and we have helped one another overcome obstacles we all have faced over a 20 year period.
Robert has been a good and consistent friend. I have been around him and have witnessed his interactions with his family, his friends, his business associates and he has alway handled himself with a strong sense of professionalism.
Robert is a steady and consistent man. He is a man of God. He is a great Father. He is also a HUGE supporter of law enforcement and the belief in respecting them, at all costs.
I am proud to call Robert Palmer a friend. Just knowing Robert Palmer makes ME a better and more focused man.

Thank you!

Sharon M. Epperson
7625 Sun Island Drive South, #105
South Pasadena, FL 33707

September 25, 2021

Re: United States vs Robert Palmer

To Whom it May Concern:

My name is Sharon Epperson; I am the co-owner of a long-established musical tribute production (10+ years), located in Tampa Bay, Florida. Two years ago, I received certification as a Clinical Medical Assistant and hold certification as a Computer Programming Specialist from St. Petersburg College.

Robert Palmer is my half-brother and the middle child of three siblings, of which I am the eldest. I was brought up with/by my devout Catholic maternal grandparents, who were parents to me after my mother had me out of wedlock at the age of eighteen. After my parents married, they had two sons.
Robert and I grew up together until our parents' divorce when we were both young children, Robert was approximately 6 or 7, I was 10 or 11. Our mother was diagnosed later in life with borderline personality disorder and addictive personality. Both manifested when we were young children as physical and mental abuse. This abuse was a daily occurrence though my father interceded when he was not working. Most of the abuse was directed at me since I was the oldest and the boys were occasional targets. Robert was a very sensitive child and I remember trying to shield he and my youngest brother however it did cause behavioral issues in Robert (Bobby).
During the divorce my mother allowed Bobby to live with our dad after Robert asked to go and live with him. Unfortunately, he went from one bad situation to another. I know this because I too went to live with my father for a short time. Our stepmother was as abusive as our mother except now the abuse was directed mainly to Robert. I left my father's house soon after moving in; my stepmother and father informed me that I would not be allowed to visit my mother or my maternal grandparents. I phoned my grandparents crying and they told me to come home. That's how they were – they loved unconditionally, were supportive in all I did, instilled in me a strong love of my Catholic faith, made sure I was safe, loved, fed educated and happy. They were my parents, and my brothers were split between mom and dad. Though I did live with my mother again for a short time as well.
I didn't see Robert much after that. Christmas, which was always special with my grandparents, was shared by all three siblings maybe three times after I left my father's house. When I saw Robert on those occasions he was withdrawn, sullen, did not speak much and I noticed my

father had become an angry man. The next time I saw Robert was after I moved to Florida. We were roommates for a short time. He had become an angry young man and his anger scared me, so we parted ways. Since that time, Robert and I have had very sporadic contact over the years though we both reside in Tampa Bay. Some contact has been contentious, some amiable. When my mother was alive, we spoke more; mainly about her. We are opposite in our beliefs, but we are still family, never viewing each other as half-siblings. He is my brother, and despite our differences, I love him.

I saw Robert rise from a scared, abused child to a conservative, devout born-again Christian with strong opinions and beliefs. Within the last 4 years, when I needed work, he let me work with his crew in his floor cleaning business. He had never seen my musical show and traveled to Naples alone to connect with me. His work ethic is flawless; instilled in him by our father. I believe he inherited our mother's disorders including her addictive and bi-polar issues. He phones me when he is hurt, lonely, depressed or when it is Christmas to find that connection we had when I tried to protect him when we were very young. I'll admit I have not always been there or reached out to him.

Robert took his small business and made it into a respected, financially successful, stable enterprise through hard work, determination, and keen salesmanship. He has taken guitar lessons from my musician husband and gave me a couple weeks of work when we needed the work – he was generous and fair in compensation and expectation. Truly proud moments for an older sister. He has followed in our father's footsteps as he too owned a successful, well respected flooring business, working until his passing two years ago. Despite Robert's upbringing, he was very good to both our parents. He visited dad often in NH and mom here in Florida and helped mom with the process of finding affordable housing when she could no longer do it for herself. In short, he is a caring, thoughtful, hardworking man and my brother.

Sharon M Epperson

Jodi Fletcher
18008 Allison Park Place, Apt 103
Tampa, FL 33647

September 19, 2021

United States V. Robert Palmer

To Whom It May Concern:

My name is Jodi Fletcher, a mother of 3 grown children and proud grandmother of 4. I am also, Robert Palmers friend.

My friendship began with Robert a little over a year ago. I called Roberts business and requested someone come out to my home to clean my upholstery. Robert let me know that he would be out to perform the service. It was at that time that we began our friendship.

When Robert arrived at my home, he new right away that I was a Christian as my house décor most definitely has the "Christian theme" Faith, Family, Love and Hope. Robert mentioned that he also, was a man of faith and we began our conversation which would eventually become one of many.

Throughout the year we stayed in touch. We always talked about our family, he too was a proud father. We talked about our love for football, we talked about our goals in life and I was proud of him with how successful his business was. He gave me encouragement and lent a ear when I needed strength to get through my medical issues. Then, one day we had that conversation I was not expecting, January 6th and what had happened. I listened to my friend explain the story and about how sorry he was and in a split second, his entire life was impacted, for him and his family. It would never be the same. I listened, cried, prayed and asked him how I could help him. He only wanted prayers and prayers was something I definitely could do.

Last weekend Robert had a garage/House sale that I helped him with. He sold over 30 plus years of life long possessions gone in an afternoon. I witnessed neighbor after neighbor come down to his house, some knew of his arrest, some didn't and ALL give their support and love to their neighbor, and friend. I listened to stories that the neighbors told of how wonderful Robert had been to them throughout the years. It was a community of friendships built over years. I watched them cry for him, love on him and most importantly pray for him, and continue to do.

In closing, I would just like to say, Robert admits what he did was so wrong and understands and accepts the consequences, I just hope and pray that the courts show some mercy during sentencing.

Respectfully,

Jodi Fletcher

**Subject:** Character letter for Robert Palmer

**Date:**   Thursday, September 30, 2021 at 8:51:23 PM Eastern Daylight Time

**From:**   Kelly Foster

**To:**     Bjorn Brunvand

Kelly Foster
Phone: 727-501-2959
Email:  kellyfostertogo@yahoo.com

September 30, 2021

Re:  United States v. Robert Palmer

To Whom It May Concern:

My name is Kelly Foster and I am a health care professional in one of the local hospitals.  I am a married mother of three children and have spent most of my life in the Seminole/Largo area.

I have known of Robert for several years, as he has been a renter in our neighborhood for quite some time.  He lives four houses down from me, so I would see him quite frequently out and about.  I know him the casual way that you would know a neighbor, but have had many interactions with him over the years. In one instance, I had brought down a large rug for him to clean (he owned a carpet cleaning business) after our dog had soiled it many times.  He helped me unroll it in his driveway, took one look at it and said that he couldn't take my money to do it because it wouldn't all come out and I wouldn't be satisfied.  I told him I appreciated his honesty.  He also had a very old dog that eventually passed away.  I remember seeing him outside one day and he got choked up talking about the dog's passing.

One interaction in particular really made an impression on me.  The pandemic was in full swing, and as I was walking into our local Walmart Neighborhood store I see Robert with a sign.  He was handing out free toilet paper to people outside.  I stopped and chatted with him and was just really impressed by his gesture of kindness.

Through the years, I have know Robert to be a gentle, kind, openly religious man.  He has always been mild mannered and friendly.

Sincerely,

Kelly Foster

Robert Thomas Goetz III
676 Severs Landing
Palm Harbor, FL 34683

September 18th, 2021

RE: United States vs Robert Palmer

I am writing this on behalf of Robert Palmer, someone who I have known for many years and someone who truly is a good person. I am a husband, a father of two children, a business owner, a baseball coach, a member of my parish council and a strong believer in God.

What Robert did was completely unlawful, and he understands that. I don't condone his behavior whatsoever.  I am asking that you please have mercy on his life and give him a fair sentencing.

Robert Palmer is a man of the Lord, a family man, a true friend, a loving man and someone who cares about his friends and his country. Robert is a very passionate person who, in a split second, took it too far. Robert's actions were not premeditated and were not a true reflection of how he has lived his life.

I know Robert as a giving man who has always cared about the well-being of those around him. He is a fair and honest man. When my son was born, he was right there to support my wife and I. He would check in frequently and would always be there if we needed him.

Anytime I did business with Robert, he was always fair and he was always beloved by his customers. I only saw him treat others with respect and dignity.

Robert knows what he did was inappropriate and if he could get those moments back, he would act in a completely different manner. Robert doesn't deserve to be made an example of. I ask that you please take into consideration that Robert is a good man who truly meant no harm in his actions. He made a big mistake and he acknowledges that.

Thank you for letting me testify to Roberts character.

Robert Thomas Goetz III

Mrs. Pat Hallsell
4003 Windy Meadow Drive
Corinth, TX. 76208

September 27, 2021

Re:  United States vs Robert Palmer

To Whom it May Concern:

I am writing this letter on behalf of Robert Scott Palmer.  I have
known Rob since 2012, and he and my daughter were married for several
years.  I know him to be a very passionate person who strongly holds
to his beliefs.  When he went to Washington on January 6, he went
there thinking he would be participating in a peaceful protest.  As we
all know, things went very wrong, he got caught up in the heat of the
moment, and he ended up doing things he very much regrets.

I do believe that Rob is a good man, which is characterized by his
belief in God and his strong work ethic.  He is very passionate about
our country and wants his beliefs to be heard.  Unfortunately, he
chose to go about that in a wrong and unlawful way.  I do know he is
remorseful for his actions and I believe that he realizes the
seriousness of what he did and will forever be sorry for his actions.

I am asking for the court to realize that the punishment for what he
did is excessive, and that his sentence match the crime – in which no
one was seriously hurt or injured.  Like Rob, we all have done things
we regret in a moment of anger, but very few of us have to pay for it
in such an extreme way.

Please don't choose to make an example out of Rob, but rather grant
him leniency in this matter and reduce his 5 year prison sentence.

Thank you for your time and consideration.

Sincerely,

Pat Hallsell

Molly Hula

4003 Windy Meadow Dr

Corinth, TX, 76208


September 27th, 2021


My name is Margaret Hula, Molly for short and I and writing this because Robert Palmer is not a bad man. I was his stepdaughter for 3-4 years and I know he made a mistake, but he regrets it and he just got caught in the moment.

In that time that he was married to my mom, he found me an amazing school so I would fit in because of my Autism, in the 10th grade he surprised me with a dog that he has had for years but had been with his ex-wife, when my eye illness was discovered and I was ordered to get steroid infusions to clear the dead white blood cells stuck in my eyes; he took me to that place where I get the infusions and he sat with me trying to keep me from thinking about my illness, when I first met him he got me a lion king plushy before he even met me ( I was 11 or 12). He didn't have to get me anything but one day he came home with a frozen book just because he thought of me when he saw it. He took us to church every Sunday and he loves God.

He has made mistakes but so has everyone. People make mistakes when they are angry or sad. Rob is not a criminal and what happened was not his intentions and it just happened in that moment. He went there but he didn't mean any harm it just happened. I plead that y'all will be fair and I plead that you do not send him to be killed where true criminals are or do not make "an example of him". Be a fair justice system that doesn't judge based on his political party. Thank you for listening to what I had to say.


Margret Christine Hula

Shelli Hula
4003 Windy Meadow Drive
Corinth, TX  76208

September 27, 2021

Re:  United States vs Robert Palmer

To Whom It May Concern:

I am writing this letter on behalf of Robert Scott Palmer.  I have known Robert since 2012.  We were married from 2014-2017.  I am a property commercial claims adjuster, the mother of two daughters 26 and 23.  My youngest daughter still lives with me and has autism.

Robert is a very passionate person and he understands that his participation in the January 6 event was not lawful and he should not have gone up there.  He knows that I completely disapprove of what happened and he is very remorseful for his part in the protest.

I firmly believe that he did not go up there to cause trouble, but just part of a peaceful protest that got out of control as the crowd received inaccurate information.

While Robert and I were married, we ran his company together and I know him to be very committed and proud of the business he has established prior to us even getting married.  He is a hard worker, committed to doing a good job for his clients, and treats them with respect and dignity.  His clients appreciate his attention to detail and doing everything he can to meet and exceed their expectations.

When Robert and I were married, my youngest daughter lived with us and he took great care of us to make sure our needs were being met.  We were very active in our church when we were married.  He and I were involved in serving in different ministries both together and separately.  He went to Louisiana with Samaritans Purse after one of the hurricanes as a volunteer to clean up serve the community following the disaster for two weeks without any compensation.

I probably know Robert's heart more than anyone in his life and I know him to be a good person that is very sorry for what happened and his part in it.  He has overcome many hardships in his life through perseverance, his faith in God, and doing the right thing.  I know that he would never choose to participate in anything like this again and I know he has learned and grown from this experience.  I don't believe that he deserves the severity that is being discussed for his participation.  I implore the court to not make an example of him but truly realize he is a good man with a good heart.  We have stayed friends since our divorce and I have no vested interest in any way that would benefit me by him not going to prison other than I know that would be excessive and wrong.

Thank you for taking the time to read my letter and letting me tell you just a small part of who Robert truly is.

Regards,

Shelli Hula

Denise Nystrom
28442 Capraia Drive
Bonita Springs, Florida 34135

September 4th, 2021

Re: United States v. Robert Palmer

To whom it may concern:

I am freely writing this letter on behalf of Robert Palmer who I met when I was in Washington DC in December 2020. For me to adequately write this letter, I think you should know something about my background. I am a 25-year educator who was a special education teacher and excelled to become an assistant superintendent of schools running the human resource departments for entire school districts. As a human resource executive, I pride myself on my expertise to quickly evaluate people.

I have lived my life with the utmost dignity having raised three children who are not biologically mine, as my husband of 21 years had sole custody. I now have three adult children and eight grandchildren all of whom might as well have been biologically mine because I am mom and grandma. I have  never been arrested or done anything illegal. Furthermore, I do not associate with people that I believe lack moral character. For the record, I was not in Washington DC in January 2021, as I was at home with my family celebrating the holidays.

I met Robert Palmer in Washington DC in December 2020. One may disagree with the purpose for people gathering in Washington at that time. My perspective is that I was there to show my support for the President, and liked the fact that Moms for Liberty, a peaceful, prayerful organization, was in part hosting this event. The event was intended to bring people together as a nation to express our love for this country. The people that I encountered were friendly, peaceful, respectful, and religious, and Robert Palmer was no exception.

Robert Palmer and I met the first evening that I arrived in Washington DC which was on a Thursday and spent the next several days together attending various events that were taking place. At no time did Robert exhibit any kind of radical or questionable behavior. He was a complete gentleman, does not even curse, and speaks very humbly as an individual. I do not typically attend events with men other than my husband, and my husband was well aware that I met this gentleman.

After the Washington event was over, Robert and I continued to speak by telephone every now and then. He phoned me on the night of January 6th and told me what had gone on at the Capitol. At that time, he did not convey that he had been in an altercation with a law enforcement officer. However, I could barely hear him as he had been sprayed in the face with mace and pepper spray and shot in his stomach with a rubber pellet bullet by law enforcement. I have a picture of the large puncture wound on his stomach.

As I understand it, Robert  was not intending to, nor did he enter the Capitol. He was among the many thousands that were outside of the Capitol building.

I do not condone Roberts actions in terms of his altercation with law enforcement.  Robert will tell you that he does not condone his own actions.  He called me when he found out that he was on the FBI's wanted list and called me again stating that he sought religious counsel and was going to turn himself in. That is what he did, and he took responsibility for his actions.

Robert is not a reckless individual. He is a reputable, middle-aged business owner in the Tampa area of Florida and has not been involved in any type of altercation such as this.

From the many conversations I have had with Robert, I know that Robert knows he made a mistake. He deeply regrets it. I pray that he is not sentenced to a long-term imprisonment. What he did is wrong. But, if what he did had not occurred on January 6th, and it was any other individual across the United States, the sentencing would look very different.

I would like to thank you for the opportunity to write this letter attesting to Robert's character. I humbly ask that you take the information I have shared into account with regard to your decision-making.

I am available for further comment if you think it is necessary and can be reached via home phone at 239-301-0103 or at the address referenced at the beginning of this letter.

Sincerely,
Denise Nystrom

Hello, my name is Shannon Palmer. I am 31 years old. I live in the Clearwater Florida area & have my whole life. I couldn't imagine living anywhere else. It really has been the best place or grow up wand live my life now. I have a fraternal twin sister named Katelynn & an older brother, Robert. Currently, I work a full time job at an organic grocery store, & I love it. It has been a lot of fun & I have met some really amazing people there. It has been a wonderful opportunity & am moving up quickly there. I have had management experience in previous employers but this has been my favorite. My father is Robert Palmer. He was always there for us as a child & also as an adult when I needed him or his advice. As a child, he always took my siblings & I to fun places, such as theme parks, and the movies or bowling. I always enjoyed going to his house for holidays or our birthday. My mother lived on a tight budget growing up and he always made sure we had everything we needed for school or general things that she couldn't give alone. He instilled in me at the young age of 16 the importance of hard work, something I still carry with me to this day. When I was 22, I was involved in an unprovoked attack by my dog in the middle of the night. He was at my side right at the very beginning & never left it. After 3 days in the hospital, I was released & didn't want to go back to my home because of the memories of my dog. My father opened up his home to me, no questions asked & helped in my recovery. He offered me a job as a receptionist, & booking appointments at his carpet cleaning company because in time I got restless & wanted to work again. I eventually moved out within 8 months when I got better but we still maintained a close relationship. When I was 25, my mom was involved in a near fatal car accident & was on life support for 3 weeks. I was inconsolable & lost without my mom. He took me up to the hospital to be by her side almost every day when he could. He prayed with me & I feel like because if the power of prayer, she was able to make a full recovery. Those 2 events were life changing for me something that still effects me to this day. He was there every step of the way for both of them. I couldn't have made it thru without him. Now my dad needs me & I'm hoping this letter will help the courts see what kind of a person my dad is. One who was always there for his family, thru thick & thin. A good man & a caring father. He cares about his family & his country. He made a mistake in January 2021 in DC but I know he has his regrets & if given the chance he would do things completely different. I ask for leniency in his sentence. He has kids & it's been really hard coming to grips with the reality of my dad going to prison. I know in my heart what has been portrayed of him is but the kind of man my dad is. Thank you for your time.

Sincerely,
Shannon Palmer

September 17, 2021

From: John Smitten

Re: Robert Palmer

To Whom it May Concern:

I am writing this letter on behalf of my friend, Robert Palmer.

I worked for Robert at Son Bright Systems from 2017 through 2019.  I have known Robert for
over twenty years.  He is an honorable, ethical man.  He hired me when I was released from jail
on December 16, 2017 when no other employer would.  I am a disbarred attorney, redeemed by
the Grace of God through his son, Jesus Christ, and I verily believe that Robert was a part of my
road to redemption, a road that I am still on.  I current work for Aqua Wizard Pool Service,
cleaning residential swimming pools in Pinellas County, Florida.

I cannot speak as to his charges relating to January 6, 2021.  As far as I know, he is not a
member of any type of fringe, far right-wing group bent on destruction.  He is an avid Trump
supporter (as am I), who made a mistake.  He has repented and wishes to move on.  I realize
there is a potential penalty to pay under Federal Law.  That said, be lenient on him please.

Thank you.

From,

John Smitten
3449 Keene Lake Drive
Largo, FL  33771
(727) 686-3602
jsmitten@aol.com

Gary Stevens

8120 Perth Drive

Largo, FL  33773


September 10, 2021


RE:  United States v Robert Palmer


To whom it may concern,


In regards to Robert, I have known him for around three years and as being a former business owner myself and now outside sales for a fence manufacturing plant from St. Augustine, Fl, I have gotten to know him quite well. Granted three years is not a lifetime, but I would like to think I am very good at reading a person, their integrity, intelligence and their drive. It is how I make a living.

He works and earns his way. A proud blue-collar worker. The trucks would leave in the morning and even on weekends. He has a great relationship with many of the neighbors here.  No ill-will to anyone. We live in a very nice diverse neighborhood, culturally mixed which is the charm of this area. He fits right in.

Bottom line, Robert is a good guy and even though I understand the premise of this letter, we all know that no one person is perfect. He would be one of the first to give someone else a second chance. I have seen it in the way he treated his employees. Never argues, just steers them in the right direction and moves on. Hopefully that same wisdom can be used this time.


Sincerely,

*Gary Stevens*

Gary Stevens

**Sherry Ward**

26356 Nadir Rd.  Unit 101
Punta Gorda, FL. 33983
941-276-9331

Aug. 16, 2021

To Whom It May Concern:

I am writing you this letter in hopes that it will help you to see what kind of person
Robert S. Palmer is, despite the transgressions that led him to this point.

I have known Robert S. Palmer as a very close friend for over 4 years.  In that
time I have seen many aspects of Robert's personality.  I have always found
him to be extremely kind, dependable and highly regarded and admired by his
peers.

I feel that his transgressions should not be the only factor considered in his
case.  I hope you will also consider Robert's efforts and success  in his former
company and serving his community with the utmost integrity, as well as his
strong commitment to his family and friends.

I can tell you that Robert has extreme remorse for what he has done.

I appreciate the time you took to read and consider my letter.


Sincerly,


Sherry Ward

Sherree Watkins
8081 Perth Drive
Largo, FL 33773
Cell phone: 727-643-2623

9/27/2021

Re: United State v. Robert Palmer

To Whom it May Concern:

My family and I have lived at the above address for 26 years and in good standing with our neighbors and the community as tax paying, law abiding citizens.

Robert and I met about 10 years ago while we were members of the same business networking group in Clearwater. He was representing his Son Bright Systems Cleaning Company and I was representing Echo Blue Print. In the group referrals meant everything so we were all held accountable to our reputations keeping our promises of good business.

I have always known him to be non-judgmental and very willing to help anyone in need. He hired me to help him when I was in between jobs. He lives a few houses away and when we had a leaking pipe in our foundation destroy the carpet I called him to get references for a good plumber. After the phone call he was knocking at our door with his fans to help dry the carpet.

I know him to be a professed Christian and loyal patriot with respect for the law.

Sincerely,

Sherree Watkins

Sherree Watkins
A loyal Patriot as well