# Valerie R. McClain, Psy.D.

**Licensed Psychologist #PY0005178**
P.O. Box 260878, Tampa, FL 33685-0878
Pager: (727) 508-4298
Email: vraemac@aol.com

FORENSIC PSYCHOLOGICAL EVALUATION

NAME: Robert Palmer
AGE: 54
DOB:  03/22/67
DATE OF EVALUATION: 03/22/21, 04/12/21
PLACE OF EVALUATION: Office Visit, Tampa, FL

REFERRAL

The defendant was referred for a confidential psychological evaluation to assess mitigating factors for sentencing.  He was referred by his attorney, Bjorn Brunvand. For reasons described below, he was found appropriate for mental health treatment.

TESTS AND PROCEDURES ADMINISTERED

1. Clinical Interview
2. Review of documents including Presentence Investigation Report and letter from Mr. Palmer addressed to Judge Tanya S. Chutkan
3. Mental Status Exam

HISTORY AND BACKGROUND INFORMATION

According to documents reviewed by this examiner, the defendant has been charged with Assaulting, Resisting or Impeding Certain Officers Using a Dangerous Weapon.  His prior criminal history was examined.  Mr. Palmer Mr. Palmer reported that he has hypertension, high cholesterol and esophageal problems and is prescribed Valtrex, Pantoprazole and Acyclovir. He underwent stomach surgery in 2015 for a hernia repair and acid reflux. He sustained a leg injury at age 12 when he fell while on a riverbank and an object cut his leg open. Regarding psychiatric issues, Mr. Palmer reported that he has been diagnosed with Depression by Dr. Moles in the past approximately four years ago and is now treated through Dr. Fred Leslie and is prescribed Citalopram. He is currently in counseling through pre-trial diversion approximately one time per month Mr. Palmer denied any current significant substance abuse issues.  He has a past history of the use of alcohol, cocaine, marijuana, crack cocaine and LSD.  He used cocaine, crack and LSD until approximately 29 years ago and stopped using the drugs by going to Narcotics Anonymous. More recently, he has ceased using marijuana.  He has continued to use alcohol and at times has drank to excess.   He is amenable to substance abuse treatment.

Forensic Psychological Evaluation
Re: Palmer, Robert – Page 2

Mr. Palmer has three ex-wives and four children. He lost his girlfriend when the current situation occurred.  He went through a divorce and lost his father four years ago.  He was born and raised in Manchester, New Hampshire and came to Florida when he was 15 or 16 years old. He reported that he was raised by his father and stepmother. His father passed away in 2016.  His mother passed away in 2005.  His parents divorced in 1974.  Both of his parents remarried. He has one brother and two step-brothers from his father's marriage to his stepmother. .  He denied any history of sexual abuse while growing up but indicated that he was both verbally and physically abused by his stepmother.  He was deprived of adequate nutrition and limited to peanut butter sandwiches and water in the morning and night.  He was designated as the person to do the chores including doing dishes which had to be inspected by his stepmother.  He was forced to kneel so that she could slap him in the face.   His mother called him "little fucker" and made allegations that he was using her makeup and was instructed to write lines stating that he was a boy and not a girl.  He reported that his family history of mental illness is significant for Depression in his mother and that his family history of substance abuse is significant for alcoholism in his mother.

Mr. Palmer dropped out of school in the 10th grade and later obtained his GED.  He reported that while in school, he was an average student in regular classes who failed no grades.  He reported that he had his own floor cleaning business and various other businesses.  He was in the US Navy but had difficulty due to excessive alcohol use. He does not receive Social Security Disability payments.

MENTAL STATUS AND BEHAVIORAL OBSERVATIONS

Mr. Palmer is a 54-year-old Caucasian male who was seen in an office visit.  He was oriented to person, place, purpose and time.  His thought processes were clear, logical and goal directed. He denied any history of auditory or visual hallucinations, as well as any paranoid ideation.  He denied any history of suicidal or homicidal ideation, intent or plan. He reported his appetite and sleep are decreased. He acknowledged a history of depression related to the loss of his father and third wife through divorce approximately four years ago. His symptoms have improved with medication. Based on observations during this interview and his academic and vocational background, his estimated intelligence level is likely in the average range.  Results from this evaluation can be viewed as a valid indicator of his current level of functioning.

DIAGNOSTIC IMPRESSIONS

    Major Depression, Recurrent – 296.32
    Alcohol Use Disorder – 305.20

SUMMARY AND RECOMMENDATIONS

Mr. Palmer is a 54-year-old Caucasian male who was referred for a confidential evaluation to assess mitigating factors for sentencing.  Mitigating factors include a

Forensic Psychological Evaluation
Re: Palmer, Robert – Page 3

history of mental health problems including the diagnosis of Depression.  He has a history of self-medicating with drugs and alcohol.  He has ceased using drugs but acknowledged the use of alcohol to cope with stress.  He is involved in counseling and is taking medication which he perceives a helpful.  Mr. Palmer is remorseful regarding his actions and amenable to further treatment including participating in dual diagnosis treatment to include counseling, medication management and substance abuse classes. He has a history of exposure to both physical and verbal abuse as a child with accompanying anger and depression due to the lack of protection afforded him as a child in an abusive environment.  He would benefit from counseling to address these unresolved issues and provide coping skills to decrease his depression and promote healthy adaptive coping skills when faced with situational stressors.


Thank you for referring this client to me for psychological evaluation.

Valerie R. McClain, Psy.D.
Licensed Psychologist