IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, ) | |
| ) | C/A No. 1:21-cr-00328-TSC |
| ) | |
| v. ) | |
| ) | |
| ) | |
| Robert Palmer, ) | |
|       Defendant. ) | |
| _____ ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted to practice in this court, and I appear in this case as counsel for Robert Palmer.

/s/ Elizabeth Franklin-Best
Elizabeth Franklin-Best, P.C.
3710 Landmark Drive, Suite 113
Columbia, South Carolina 29204
(803) 445-1333
elizabeth@franklinbestlaw.com

January 29, 2024.