# Certificate of Graduation

*This is to certify that*

## ROBERT PALMER

*For completing the Threshold Program on the 1st day of October 2022.*

Chaplain Alba



# Certificate of Completion

awarded to:

## Robert Palmer

for completing all the requirements of

### Veterans Soldier On

FCC Coleman LOW, Florida

Completed on January 18, 2023.

*"It always seems impossible until it's done"*

Nelson Mandela

Berman, Special Population Program Coordinator



# Certificate of Completion

*awarded to:*

**Robert Palmer**

for completing all the requirements of

*Veterans Service Fit*

FCC Coleman Low, Florida

Completed on October 06, 2022.

*"It always seems impossible until it's done"*

Nelson Mandela

A. Berman, Special Population Program Coordinator



# Certificate of Completion

*awarded to:*

## Robert Palmer

*for completing all the requirements of*
*Veteran Resilience Support Group*
*FCC Coleman Low, Florida*

Completed on October 12, 2022.

*"It always seems impossible until it's done"*

Nelson Mandela

A. Berman, Special Population Program Coordinator

# Certificate of Completion

Presented to

**Robert Palmer**

For successfully completing the

**Drug Abuse Education Course**

The Drug Abuse Education Course is a minimum of 12 hours. The goal of this program is to help the offender to make an accurate evaluation of the consequences of his/her alcohol/drug use and consider the need for treatment.

T. Cruz / _(signature)_

Drug Abuse Treatment Specialist

FCC Coleman-COL

4/7/2023

Date

# FCI – COLEMAN LOW

THIS CERTIFIES THAT

## Robert Palmer

has successfully attended and completed the hours and associated homework requirements,

from

June 21, 2023 to August 23, 2023

to earn First Step Time Credits for completion of the group:

## BASIC COGNITIVE SKILLS



E. Sierra, Ph.D.
Staff Psychologist