

U.S. Department of Justice

# UNICOR
Federal Prison Industries, Inc.

# MEMORANDUM

F.C.C. Coleman, FL
(352) 330-3000

DATE: September 9, 2022

MEMORANDUM FOR: Ms. M. Reilley, Operational Accountant

THRU: Mr. A. Henry, Operations Manager

THRU: Mr. J. Hernandez, Low Factory Manager

THRU: Mr. T. McCorkle, Production Controller  *Acting*

SUBJECT: Acceleration Promotion for Inmate Palmer, Robert Reg. # 34938-509 to Grade 3

    I would like to recommend Inmate Palmer # 34938-509 for an accelerated promotion. He exhibits a great zeal to accomplish any task that is set before him and is an asset to the Human Resource Department. Inmate Palmer's work ethic is outstanding. The quality of his work is exceptional, and he has an excellent attitude.

I recommend that he be accelerated to a grade 3.

# UNICOR WORK PERFORMANCE EVALUATION RECORD

NAME: Palmer, Robert  
(LAST, FIRST, MIDDLE INITIAL)

REGISTER NUMBER: 34938-509

INSTITUTION CODE: | 2 | 7 | 8 |

INDUSTRY CODE: | C | L | S | F |

WORK ASSIGNMENT DOT CODE: | 2 | 2 | 1 | 3 | 6 | 7 | 0 | 4 | 2 |

EVALUATION BEGIN DATE (MM DD YY): | 0 | 1 | 0 | 1 | 2 | 3 |

EVALUATION END DATE (MM DD YY): | 0 | 6 | 3 | 0 | 2 | 3 |

Rating Scale: 1= much Worse than Average   2=Worse than Average   3=Average   4=Better than Average   5=Much Better than Average

( RP ) Inmate Initials

( GL ) Supervisor Initials

Safety: 4  
Quality Assurance: 4  
Personal Conduct/Hygiene: 4  
Punctuality/Productivity: 4  
Compliance with Work Standards: 4  
TOTAL: 20

Comments:

---

INSTITUTION CODE: | 2 | 7 | 8 |

INDUSTRY CODE: | C | L | S | F |

WORK ASSIGNMENT DOT CODE: | 2 | 2 | 1 | 3 | 6 | 7 | 0 | 4 | 2 |

EVALUATION BEGIN DATE (MM DD YY): | 0 | 7 | 0 | 1 | 2 | 3 |

EVALUATION END DATE (MM DD YY): | 1 | 2 | 3 | 1 | 2 | 3 |

Rating Scale: 1= much Worse than Average   2=Worse than Average   3=Average   4=Better than Average   5=Much Better than Average

( RP ) Inmate Initials

( GL ) Supervisor Initials

Safety: 4  
Quality Assurance: 4  
Personal Conduct/Hygiene: 4  
Punctuality/Productivity: 4  
Compliance with Work Standards: 4  
TOTAL: 20

Comments:

ORIGINAL - Stays with UNICOR  
Copies - One copy to Case Manager after each Evaluation Period

09/20/2022 01:20 PM

**U.S. Courts**
**Case Inquiry Report**
Case Number: DDCX121CR000328; Party Number: N/A; Payee Code: N/A
Show Party Details: N; Show Payee Details: N; Show Transactions: Y

**Case Number** DDCX121CR000328   **Case Title** USA V. PALMER

### Summary Party Information:

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | DCX1254 | ROBERT SCOTT PALMER | DCXA121CR-003281 | SPECIAL PENALTY ASSESSMENT | | 100.00 | 100.00 | 0.00 |
| 001 | DCX1254 | ROBERT SCOTT PALMER | DCXA121CR-003281 | FEDERAL RESTITUTION | | 2,000.00 | 2,000.00 | 0.00 |
| 001 | DCX1254 | ROBERT SCOTT PALMER | DCXA121CR-003281 | OVERPAYMENT | | 35.00 | 35.00 | 0.00 |
| | | | | | | 2,135.00 | 2,135.00 | 0.00 |

### Summary Payee Information:

| Payee Code | Payee Name | | | | | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| IPACAOC | ARCHITECT OF THE CAPITOL | | | | | 2,000.00 | 2,000.00 | 0.00 |
| IPACBOPCOX | FCC, COLEMAN/BOP | | | | | 35.00 | 0.00 | 35.00 |
| | | | | | | 2,035.00 | 2,000.00 | 35.00 |

### Registry Information:

**Depository Code**   **Depository Name**   **Account Type**   **Account Number**   **Depository Total**

### Transaction Information:

| Document Type/Number* Account Number | Document Date Debt Type Line# | Accomplished Date Debt Type | Line Type | Payee Line# | Amount | Depository Line# | Party/Payee Name | Check Number | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CTC DCXCCA22-DCX000202308 DDCX121CR000328-001 | 08-JUN-22 1 | 08-JUN-22 | PR SPECIAL PENALTY ASSESSMENT | | 100.00 | | ROBERT SCOTT PALMER | | 0 | 04 | 504100 |
| CTC DCXCCA22-DCX000202308 DDCX121CR000328-001 | 08-JUN-22 2 | 08-JUN-22 | PR FEDERAL RESTITUTION | | 2,000.00 | | ROBERT SCOTT PALMER | | 0 | 06 | 6855XX |
| CTC B061322DDCX121CR000328001B-JUN-22 DDCX121CR000328-001 | 13-JUL-22 3 | 13-JUL-22 | PR OVERPAYMENT | | 35.00 | | ROBERT SCOTT PALMER | | 0 | TOP2 | 6855XX |
| IPT DCXCCA22-00286 DDCX121CR000328-001 | 12-AUG-22 2 | 12-AUG-22 | PR FEDERAL RESTITUTION | 1 | 2,000.00 | | ARCHITECT OF THE CAPITOL | | 0 | 03 | 6855XX |

***Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CTC | Cash Receipt - Courts CCA Automated |
| IPT | SF224 IPAC Payment Sent - CCAM Automated |