TRULINCS 34938509 - PALMER, ROBERT SCOTT - Unit: COL-A-B

---

FROM: 34938509
TO: Warden LOW
SUBJECT: ***Request to Staff*** PALMER, ROBERT, Reg# 34938509, COL-A-B
DATE: 02/27/2023 08:03:55 PM

To:
Inmate Work Assignment: None

Dear Warden Gunther,
I am requesting that the Bureau of Prisons submit a motion to reduce my sentence and for a compassionate release under 18 U.S.C. 3582 (c) (1) (A) and BOP P.S. 5050.50.

I am 55 years old and i have served 17 months of in incarceration, close to 30% of my sentence. If released i have a place at 18008 Allison Park place # 103 Tampa FL 34677 with family and friends as well as social support to assist me.

A number of events have combined to create the extraordinary and compelling reasons that justify the bureau submitting this motion on my behalf and the court granting the motion.

To begin with my health is poor and is deteriorating. I have the following health issues. I have a weakening prostate that may be the beginning of prostate cancer. I have had a previous stroke several years ago and i believe that is what caused me to lose beginning in the TV room. I also have high blood pressure as well as the start of being diabetic. I also had gastric surgery with a ring put into my esophagus to prevent aspiration. Since i have been in prison that condition has worsened with me constantly regurgitating the food served. Both of my parents passed at a young age due to health such as mine.

The current spread of the COVID 19 virus magnifies the compelling nature of my conditions. In the commune setting at prison, i am much less able to protect myself from infection, and i am a greater burden to the prison health care system than a healthy inmate should i contract it. Not to mention the fact that prison medium resources are more restricted than those in the community. Thus my chances of surviving an infection are much lower.

i have already served a sentence of 17 months. Please show compassion and ask the sentencing court to reduce my sentence to time served.

Yours sincerely
Robert Palmer 34938-509 A-2



U.S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Complex-LOW
P.O. Box 1021
Coleman, Florida  33521-1021

March 9, 2023

Name:               Palmer, Robert Scott
Register Number:    34938-509
Housing Unit:       A-2

RE: Request for Compassionate Release/Reduction in Sentence

You requested a reduction in sentence (RIS) based on concerns about COVID-19. After careful consideration, your request is denied.

Title 18 of the United States Code, section 3582(C)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582 and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence. Accordingly, your RIS request is denied at this time.

If you are not satisfied with this response to your request, you may commence on appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

_____          _3-9-23_
J. Gunther, Warden              Date
                       received on 3-14-23
                       X Rob P