# UNICOR WORK PERFORMANCE EVALUATION RECORD

NAME: **Palmer, Robert**
(LAST, FIRST, MIDDLE INITIAL)

REGISTER NUMBER: **34938-509**

| 2 | 7 | 8 |
INSTITUTION CODE

| C | L | S | F |
INDUSTRY CODE

| 2 | 2 | 1 | 3 | 6 | 7 | 0 | 4 | 2 |
WORK ASSIGNMENT DOT CODE

M M D D Y Y
| 0 | 1 | 0 | 1 | 2 | 3 |
EVALUATION BEGIN DATE

M M D D Y Y
| 0 | 6 | 3 | 0 | 2 | 3 |
EVALUATION END DATE

Rating Scale: 1= much Worse than Average   2=Worse than Average   3=Average
4=Better than Average   5=Much Better than Average

Comments:

( RP )
Inmate Initials

( GL )
Supervisor Initials

Safety | Quality Assurance | Personal Conduct/Hygiene | Punctuality/Productivity | Compliance with Work Standards
| 4 | 4 | 4 | 4 | 4 |       TOTAL | 20 |

---

| 2 | 7 | 8 |
INSTITUTION CODE

| C | L | S | F |
INDUSTRY CODE

| 2 | 2 | 1 | 3 | 6 | 7 | 0 | 4 | 2 |
WORK ASSIGNMENT DOT CODE

M M D D Y Y
| 0 | 7 | 0 | 1 | 2 | 3 |
EVALUATION BEGIN DATE

M M D D Y Y
| 1 | 2 | 3 | 1 | 2 | 3 |
EVALUATION END DATE

Rating Scale: 1= much Worse than Average   2=Worse than Average   3=Average
4=Better than Average   5=Much Better than Average

Comments: Great Attitude!
Presents great work ethic and completes all assigned tasks in a timely manner. Very respectful and compliant.
— M.
Foreman

( RP )
Inmate Initials

( GL )
Supervisor Initials

Safety | Quality Assurance | Personal Conduct/Hygiene | Punctuality/Productivity | Compliance with Work Standards
| 4 | 4 | 4 | 4 | 4 |       TOTAL | 20 |

**COPY**

ORIGINAL - Stays with UNICOR
Copies - One copy to Case Manager after each Evaluation Period

FPI - 44
Rev. 11/95