Robert Palmer
DOB: March 22, 1967
Medical History/Summary

**Robert Palmer Medical History and Report**

*The following information is based on a series of interviews conducted with Mr. Robert Palmer, and a limited number of provided medical records.*

Prior to Mr. Palmer's arrest his medical history included:

- *Cerebrovascular Accident (CVA) (1/2000)*
- *Short Term Memory Loss*
- *Long Term Memory Loss*
- *Depression*
- *Gastroesophageal Reflux Disease*
- *Foot Pain*
- *Hiatal Hernia (2/2017)*
- *Groin Pain (2019)*
- *Bilateral Inguinal Hernia (2019)*

According to Mr. Palmer, prior to his arrest in February 2021, he was prescribed Omeprazole daily for Acid Reflux and Aspirin (dosage of 81/mg daily). Since his arrest, he has been prescribed the following medications for new diagnoses:

1. *Sucralfate (GERD)*
2. *Escitalopram (Anxiety/Depression)*
3. *Iron (Unsure why he is on an iron supplement. It is usually prescribed for anemia)*
4. *Metformin (Type 2 Diabetes)*
5. *Statins (Cholesterol)*
6. *Lisinopril (Blood Pressure)*
7. *Sleep Apnea (New Diagnosis)*
8. *Jardiance (Type 2 Diabetes)*
9. *Tamsulosin (Prostate-Bladder)*

Robert Palmer
DOB: March 22, 1967
Medical History/Summary

In January 2000, Mr. Palmer was diagnosed with a stroke, in which the residual effects included short term and long-term memory loss. Since his incarceration he has experienced episodes of "black outs," dizziness when changing positions, and episodes of dysphagia resulting in aspiration, in which his food and beverage dumps into his lungs instead of his stomach.

Additionally, Mr. Palmer has an extensive history of anxiety and depression stemming from childhood trauma. These diagnosed conditions have been exacerbated since his incarceration causing episodes of night terrors, increased episodes of anxiety, and further bouts of depression which causes him to withdraw.

Since Mr. Palmer's incarceration, he has shown a decline in his health as evidenced by new diagnosis which includes sleep apnea, Type 2 diabetes, the use of Escitalopram (brand name Lexapro) to treat his anxiety and depression, and episodes of dysphagia in which he wakes up during the night choking and drooling.  He is also experiencing increased episodes of memory loss and "black outs" for which Mr. Palmer stated he has not received medical treatment.

As per the American Stroke Association, "After a stroke, survivors often experience emotional, behavioral and cognitive changes. Stroke affects the brain, which controls our emotions, behavior and thinking." According to the Cleveland Clinic, "Causes of 2nd (third or fourth) strokes are often the same for a primary stroke, diabetes and associated high blood sugar damages blood vessels and increases the likelihood that blood clots will form."

Robert Palmer
DOB: March 22, 1967
Medical History/Summary

      Given his new diagnosis of Type 2 Diabetes combined with his new diagnosis of sleep apnea, which causes obstruction of oxygen to the brain, along with an additional diagnosis of high blood pressure, Mr. Palmer is at a high risk for additional strokes. Due to his continued health decline, Mr. Palmer requires specialized treatment under the direction of a neurologist, cardiologist, and nephrologist for disease management and prevention of a life altering debilitating occurrence or death.

                                              */s/ Wendy Olson*
                                              **Wendy Olson RN, MSN-MA**
                                              **Bioethicist-Legal Nurse Consultant**

**Date: January 14, 2024**