11-28-2023

Judge Chutkin,

My name is Robert Palmer and I appeared before you as a defendant for my role in the Capital insurrection. You may or may not remember me. I was one of the first to plead guilty and to my knowledge one of the first sentenced as well. When I appeared before my world had just fallen apart due to actions that I regretted then and I still continue to regret. However I can say that I feel for two differing reasons. At first I was regretful because I realized how much my life was going to change and what I was about to face. Now I regret it for falling for the lie that was perpetrated on myself and most of our nation. As I reflect on the last 26 months and I see the lies exposed and the number of lives changed and some ruined I am saddened to know that there are individuals who still hold on to what turned out to be a false narrative. You may or may not remember my comment to you during sentencing that I felt that they were getting away with it. You agreed with me however you mentioned that you were there to sentence me and not them and that was true then as well as now. I also mentioned that I am sure that there has been sentencing discrepancies in how different races are treated now I have first hand knowledge of that fact. I have met men of minority status that have received 20 plus year sentences for relatively small amounts of drugs. Men who more than likely needed treatment rather than prison but unfortunately the judges hands were tied. I have met some really good men in here and also some very bad. I have seen some violence that I never thought I would see. It has been a very awakening time for me. With that being said I am prepared to have to be here for the remaining part of my sentence. I am at peace with whatever it is you decide. I wanted you to know however that I have made improvements in

my life. You can see all the courses I have taken and I am employed in UNICOR working in the shipping department maintaining shipping schedules and working on the computer to keep track of deliveries. I have learned a new skill which should help me when I am released. With these things being said I simply wanted you to see that I have used my time here productively. I have tried my best help men who have been in and out of the SHU (special housing unit) for using drugs. I have done my best to counsel younger men who have come here very angry and wanting to get out so they can go ahead and continue with their old lives. I ask you today to simply reflect on my sentence and what I have accomplished here. If it gives you a sense that maybe I should receive time more inline with others of the same crime that would be a blessing. If not and you choose to stay with your original sentence that would also be a blessing. I say that because that means that I still have people in here I need to reach. Thank you for your time.

Sincerley

Robert Palmer #34938-509

Fcc Coleman Low A-2

Veterans Unit

PO box 1031

Coleman Fl 33521

*Robert S Palmer*